# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V. | U.S. District Court Southern District of Alabama | 07/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

John C. Campbell United States Courthouse
113 St. Joseph Street
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (see note) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Southwest Bancshares, Inc. (Director's fees) |
| 2. 2015 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. 2015 | Ziebach & Webb Timber (timber royalties) |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Washington & Lee University Law School | November 12 - 14, 2016 | Lexington, VA | Participate as a Judge at Moot Court competition | Airfare, Room & Meals for self and spouse |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Community Bank, Chatom, AL (See note) | Note secured by lot, house and rental cottage in Fairhope, AL | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock | F | Dividend | P1 | U | | | | | |
| 2. First Community Bank Accounts | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. Army Aviation Center FCU (Y) | A | Interest | | | Closed | 03/26/15 | J | | |
| 5. Morgan Stanley Brokerage Account | | | | | | | | | |
| 6. -- Allstate Life Variable Annuity: AB VPS Lg Cap Grw Port-Cls B | | None | M | T | | | | | |
| 7. Schwab IRA | B | Int./Div. | L | T | | | | | |
| 8. -- Schwab Money Market Funds (see note) | | None | J | T | | | | | |
| 9. -- MFS Intl Value CL I | A | Dividend | J | T | Buy (add'l) | 12/15/15 | J | | |
| 10. -- Oppenheimer Dev Mkts Fd Cl Y | A | Dividend | J | T | Buy (add'l) | 12/02/15 | J | | |
| 11. -- Credit Suisse ETN F Equal Weight MLP Index | A | Dividend | J | T | | | | | |
| 12. -- Vanguard REIT | A | Dividend | J | T | | | | | |
| 13. -- Vanguard Total World Stock ETF | A | Dividend | K | T | | | | | |
| 14. -- Primecap Odyssey Aggr Growth Fd | A | Dividend | K | T | Buy (add'l) | 12/16/15 | J | | |
| 15. -- Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 16. Charles Schwab Brokerage Account | | | | | | | | | |
| 17. -- Schwab Govt Money Fund sweep acct. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Apple Computer Inc. common stock | C | Dividend | M | T | Donated (part) | | | | |
| 19. | | | | | Sold (part) | 03/30/15 | K | E | |
| 20. -- Coca Cola stock | A | Dividend | | | Sold | 05/27/15 | K | E | |
| 21. -- Diageo PPLC SponADR stock | C | Dividend | L | T | Sold (part) | 03/30/15 | K | D | |
| 22. -- Duke Energy Corp Hldg. Co. stock | B | Dividend | L | T | | | | | |
| 23. -- First Tr NYSE ARCA Biotech Index Funs | A | Dividend | K | T | | | | | |
| 24. -- Kimberly Clark Corp. stock | C | Dividend | M | T | | | | | |
| 25. -- MFS Intl Value Cl I | B | Dividend | K | T | Buy (add'l) | 03/30/15 | J | | |
| 26. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 27. -- Microsoft common stock | B | Dividend | K | T | | | | | |
| 28. -- Nestle Spon ADR stock | C | Dividend | L | T | | | | | |
| 29. -- Oppenheimer Developing Mkts Fd Cl Y | | | | | Buy | 05/27/15 | J | | |
| 30. | | | | | Sold | 10/13/15 | J | | |
| 31. -- Pepsico Inc. NC stock | C | Dividend | M | | | | | | |
| 32. -- Powershares Exchange TR Fund | A | Dividend | L | T | | | | | |
| 33. -- Powershares Water Res PTF | A | Dividend | L | T | | | | | |
| 34. -- Sanofi CVR Rts 123120 | | None | | | Sold | 05/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Sherwin Williams Co. Ohio stock | B | Dividend | M | T | | | | | |
| 36. -- The Advisory Board Co. stock | | None | K | T | | | | | |
| 37. -- U. S. Bancorp common stock | B | Dividend | L | T | | | | | |
| 38. -- Verizon Communications stock | B | Dividend | K | T | | | | | |
| 39. -- American Amcap A Mutual Fund | D | Dividend | L | T | | | | | |
| 40. -- American Growth Fund of America A Mutual Fund | C | Dividend | K | T | | | | | |
| 41. -- American Inv Co. of America A Mutual Fund | D | Dividend | L | T | | | | | |
| 42. -- Driehaus Emerging Mkts Gr Fd | | None | J | T | Buy | 05/27/15 | J | | |
| 43. --MFS Inrl Value Cl 1 | B | Dividend | K | T | Buy | 03/30/15 | J | | |
| 44. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 45. -- Primecap Odyessey Aggr Growth Fund | B | Dividend | K | T | Buy (add'l) | 03/30/15 | K | | |
| 46. | | | | | Sold (part) | 10/12/15 | K | | |
| 47. -- Vanguard Cnsmr Dscrtnary | B | Dividend | M | T | | | | | |
| 48. -- Vanguard Energy ETF | B | Dividend | | | Sold | 12/09/15 | L | | |
| 49. -- Vanguard Financials | B | Dividend | L | T | Buy (add'l) | 12/09/15 | K | | |
| 50. -- Vanguard Health Care | B | Dividend | M | T | | | | | |
| 51. -- Vanguard Industrials | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Vanguard Mid Cap | B | Dividend | M | T | Buy (add'l) | 12/09/15 | K | | |
| 53. -- Vanguard Mid Cap Value | B | Dividend | L | T | Buy (add'l) | 03/30/15 | K | | |
| 54. -- Vanguard REIT | B | Dividend | K | T | | | | | |
| 55. 1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 56. 12.5% interest in Daphne Offices, LLC, Daphne, AL | E | Rent | M | W | | | | | |
| 57. 16.24% interest in Stockton Oaks, LLC (see note) | | None | J | W | | | | | |
| 58. 1/6 interest in 1.8 acres property in Magnolia Springs, AL | | None | K | W | | | | | |
| 59. 1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | L | W | | | | | |
| 60. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 61. 1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 62. 3% interest in realty in Fairhope, AL | | None | K | W | | | | | |
| 63. Ameritrade IRA | E | Int./Div. | O | T | | | | | |
| 64. -- Ameritrade cash account | | None | J | T | | | | | |
| 65. -- First Eagle Global Fund Class 1 | B | Int./Div. | M | T | Sold (part) | 08/14/15 | K | | |
| 66. -- Homestead Fuinds Small Co Stk Fund | A | Int./Div. | K | T | Buy (add'l) | 03/04/15 | J | | |
| 67. | | | | | Sold (part) | 09/04/15 | K | | |
| 68. | | | | | Buy (add'l) | 10/19/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 70. | | | | | Buy (add'l) | 01/23/15 | J | | |
| 71. -- Nicholas EQ Inc. Fund Inc Com | D | Int./Div. | L | T | Buy (add'l) | 03/04/15 | L | | |
| 72. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 73. -- AMG Yacktman Fund SVC | | None | | | Sold (part) | 03/04/15 | K | | |
| 74. | | | | | Sold (part) | 04/02/15 | J | | |
| 75. | | | | | Sold (part) | 06/29/15 | J | | |
| 76. | | | | | Sold | 08/04/15 | L | | |
| 77. -- Blackrock FDS Health Sciences Fund | C | Int./Div. | K | T | Sold (part) | 08/14/15 | J | | |
| 78. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 79. -- Oakmark Fds Oakmark Fd | B | Dividend | L | T | Buy (add'l) | 03/06/15 | J | | |
| 80. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 81. -- Franklin Utilities Fd Adv | | None | | | Sold | 03/04/15 | L | | |
| 82. -- Franklin Mutual Global Discovery Z (see note) | C | Int./Div. | L | T | Sold (part) | 08/14/15 | J | | |
| 83. | | | | | Sold (part) | 09/02/15 | J | | |
| 84. -- Catalyst Hedged futures Strategy I | A | Int./Div. | M | T | Buy | 08/04/15 | K | | |
| 85. | | | | | Buy (add'l) | 08/14/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 87. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 88. | | | | | Buy (add'l) | 09/08/15 | K | | |
| 89. | | | | | Sold (part) | 10/19/15 | K | | |
| 90. | | | | | Sold (part) | 10/23/15 | L | | |
| 91. | | | | | Sold (part) | 11/02/15 | J | | |
| 92. | | | | | Sold (part) | 11/05/15 | J | | |
| 93. -- Primecap Odyssey Stock FD | B | Int./Div. | L | T | Buy | 08/04/15 | L | | |
| 94. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 95. -- Vanguard Dividend Growth Investor Fund | A | Int./Div. | K | T | Buy | 10/23/15 | K | | |
| 96. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 97. Trust #1 (see note) (see Part I, Line 1) | | None | | | | | | | |
| 98. Trust #2 (see note) | | None | P1 | U | | | | | |
| 99. -- Southwest Bancshares stock | | | | | | | | | |
| 100. Stone, Granade & Crosby P.C. 401(k) (see note) | E | Int./Div. | N | T | | | | | |
| 101. --American Europacific Growth | B | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 102. | | | | | Buy (add'l) | 06/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 104. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 105.  --Artisan Mid-Cap Value | C | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 106. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 107. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 108. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 109.  --Columbia Dividend income A | C | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 110. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 111. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 112. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 113.  --Harbor International Institutional | B | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 114. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 115. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 116. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 117.  -- Janus Triton - T | A | Int./Div. | J | T | Buy (add'l) | 03/24/15 | J | | |
| 118. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 119. | | | | | Buy (add'l) | 09/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 121. | | | | | Sold (part) | 12/29/15 | J | | |
| 122.  --Lazard Emerging Markets | C | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 123. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 124. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 125. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 126. | | | | | Sold (part) | 12/29/15 | J | | |
| 127.  --Neuberger Berman Mid Cap Growth | B | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 128. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 129. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 130. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 131.  --Van Eck Hard Assets | B | Int./Div. | | | Buy (add'l) | 03/24/15 | J | | |
| 132. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 133. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 134. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 135. | | | | | Sold | 12/29/15 | J | | |
| 136.  --Vanguard Large Cap Index Admiral | D | Int./Div. | L | T | Buy (add'l) | 03/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 138. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 139. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 140. | | | | | Sold (part) | 12/29/15 | J | | |
| 141. -- Vanguard Mid-Cap Index Admiral | C | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 142. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 143. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 144. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 145. | | | | | Sold (part) | 12/29/15 | J | | |
| 146. --Vanguard PRIMECAP Core (See Note) | C | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 147. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 148. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 149. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 150. | | | | | Sold (part) | 12/29/15 | J | | |
| 151. --Vanguard Small Cap Index Admiral | B | Int./Div. | J | T | Buy (add'l) | 03/24/15 | J | | |
| 152. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 153. | | | | | Buy (add'l) | 09/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 155. | | | | | Sold (part) | 12/29/15 | J | | |
| 156.  -- Vanguard Small Cap Index - Signal (See Note) | | None | | | | | | | |
| 157.  -- Virtus Real Estate Securities Fund (See Note) | B | Int./Div. | K | T | Buy (add'l) | 03/24/15 | J | | |
| 158. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 159. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 160. | | | | | Buy (add'l) | 12/22/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

156 Part I, Line 1: The only asset in Trust #1 was a Metropolitan Life permanent life insurance policy. The insured died in 2014, and the proceeds distributed to the beneficiaries. The trust's existence was continued until April 2015 in order to file an income tax return on the interest earned before distribution, but was then dissolved.

Part VII, Line 8: This is a sweep account and earns no income.

Part VII, Line 57: Stockton Oaks, LLC owns undeveloped acreage in North Baldwin County, AL, with an estimated value of $175,000. 16.24% of $175,000 is $28,420.

Part VII, Line 62: Although there is a rental cottage on the property, my husband does not receive any of the rental income. He is on the note for the property...see Part VI, Line 1.

Part VII, Line 97: Trust #1 had no assets at year end. See note at Part 1, Line 1.

Part VII, Line 98: The only asset in Trust #2 is stock of Southwest Bancshares, some of which was a gift from a relative, and the rest purchases. The value of the trust is derived from book value of the stock value as of 12/31/2015. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 100: This is a 401(k) plan at my husband's law firm.

Part VII, Line 146: Mistakenly reported as "sold" on 2014 annual report. What should have been reported as "sold" in 2014 is the asset now reported on Part VII, Line 156.

Part VII, Line 156: Was actually sold in 2014. See note at Part VII, Line 146.

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Callie V. Granade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544